IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:23-328 |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 371 |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(a)(8) |
| BERNARD FREEMAN SCOTT, JR., | ) | 18 U.S.C. § 924(d)(1) |
| ANDRE BERNARD MOORE, JR, | ) | 28 U.S.C. § 2461(c) |
| NYKOBIE BYRANT FLEMING, | ) | |
| JADEREIUS TYEWON HAYNES | ) | |
| DESSAUSURE, | ) | |
| JASMINE LASHA SMALLS, | ) | SEALED INDICTMENT |

## COUNT 1
### (Conspiracy)

THE GRAND JURY CHARGES:

1. That beginning at a time unknown to the grand jury, but beginning in at least January 2018, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina, the Defendants, **BERNARD FREEMAN SCOTT, JR., ANDRE BERNARD MOORE, JR., NYKOBIE BRYANT FLEMING, JADEREIUS TYEWON HAYNES DESSAUSURE, JASMINE LASHA SMALLS, and**

and others both known and unknown to the Grand Jury, knowingly, willfully, and unlawfully did combine, conspire, confederate, and agree together and with each other to make false statements with regard to the acquisitions of firearms from licensed dealers in violation of Title 18, United States Code, Section 922(a)(6);

2. In furtherance of the conspiracy and to affect the objects of the conspiracy, the following overt acts, among others, were committed in the District of South Carolina:

1

(A) From in or about January 2018, through November 2022, **NYKOBIE BRYANT FLEMING** knowingly made false statements in connection with the acquisition of firearms;

(B) From in or about May 2020, through August 2021, **JADEREIUS TYEWON HAYNES DESSAUSURE** knowingly made false statements in connection with the acquisition of firearms;

(C) From in or about April 2020, through May 2020, **JASMINE LASHA SMALLS** knowingly made false statements in connection with the acquisition of a firearm;

(E) Counts 2-7 are incorporated herein, as if set forth verbatim, as overt acts;

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2 – 7
### (False Statement to FFL)

THE GRAND JURY FURTHER CHARGES:

That on or about the date reflected below, in the District of South Carolina, the Defendant named below, aided and abetted by the Defendant named below, did knowingly make a false statement in connection with the acquisition and attempted acquisition of the firearm listed below from the licensed dealer listed below, which was intended and likely to deceive the said dealer with respect to a fact material to the lawfulness of the sale and disposition of the firearm under the provisions of Chapter 44 of Title 18, United States Code, in that the Defendant named below did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he/she was the true purchaser of the firearm listed below, whereas in truth and in fact, he/she was not the true purchaser;

2

| COUNT | DATE | DEFENDANT | FIREARM | LICENSED DEALER |
|---|---|---|---|---|
| 2 | 01/24/2018 | **NYKOBIE BRYANT FLEMING** | Springfield Armory (HS Produkt) XD-45 pistol | ATP Gun Shop, Ladson, South Carolina |
| 3 | 04/20/2020 | **JASMINE LASHA SMALLS** | Glock 42, .380 caliber pistol | Money Man Pawn Shop, North Charleston, South Carolina |
| 4 | 05/19/2020 | **JADEREIUS TYEWON HAYNES DESSAUSURE** | Glock 23, model Gen4 .40 caliber pistol | Palmetto State Armory, Mount Pleasant, South Carolina |
| 5 | 05/19/2020 | **JADEREIUS TYEWON HAYNES DESSAUSURE,** aided and abetted by **BERNARD FREEMAN SCOTT, JR.** | Springfield Armory (HS Produkt) XD-45 pistol | Palmetto State Armory, Mount Pleasant, South Carolina |
| 6 | 04/17/2021 | **NYKOBIE BRYANT FLEMING,** aided and abetted by **BERNARD FREEMAN SCOTT, JR.** | Glock 21, model Gen 4 .45 Auto pistol | Palmetto State Armory, Mount Pleasant, South Carolina |
| 7 | 11/18/2022 | **NYKOBIE BRYANT FLEMING** | Glock, model 27 .40 caliber pistol | Sportsman's Warehouse, North Charleston, South Carolina |

3

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT 8
**(Felon in Possession of a Firearm and Ammunition)**

THE GRAND JURY FURTHER CHARGES:

That on or about August 8, 2020, in the District of South Carolina, the Defendant, **BERNARD FREEMAN SCOTT, JR.,** knowingly possessed a firearm and ammunition, which had been shipped and transported in interstate commerce, to wit: a Springfield, model XD45, .45 caliber handgun and .45 caliber ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 9
**(Felon in Possession of a Firearm and Ammunition)**

THE GRAND JURY FURTHER CHARGES:

That on or about August 8, 2020, in the District of South Carolina, the Defendant, **ANDRE BERNARD MOORE, JR.,** knowingly possessed a firearm and ammunition, which had been shipped and transported in interstate commerce, to wit: a Heckler and Koch, 9mm handgun and 9mm ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

4

## COUNT 10
**(Felon in Possession of a Firearm and Ammunition)**

THE GRAND JURY FURTHER CHARGES:

That on or about May 5, 2021, in the District of South Carolina, the Defendant, **BERNARD FREEMAN SCOTT, JR.,** knowingly possessed a firearm and ammunition, which had been shipped and transported in interstate commerce, to wit: a Glock, model 21, .45 caliber handgun and .45 caliber ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 11
**(Felon in Possession of a Firearm and Ammunition)**

THE GRAND JURY FURTHER CHARGES:

That on or about March 1, 2022, in the District of South Carolina, the Defendant, **BERNARD FREEMAN SCOTT, JR.,** knowingly possessed a firearm and ammunition, which had been shipped and transported in interstate commerce, to wit: a Taurus, model Millennium PT111 G2 9mm handgun and 9mm ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

6

## FORFEITURE

FIREARM OFFENSES:

Upon conviction for the felony violations of Title 18, United States Code, Section 922 as charged in this Indictment, the Defendants, **BERNARD FREEMAN SCOTT, JR., ANDRE BERNARD MOORE, JR., NYKOBIE BRYANT FLEMING, JADEREIUS TYEWON HAYNES DESSAUSURE, JASMINE LASHA SMALLS,**

shall forfeit to the United States all the Defendants' rights, title, and interest in:

(a) Any firearms and ammunition (as defined in 18 U.S.C. § 921)-

   (1) involved in or used in any knowing violation of 18 U.S.C. § 922, or violation of any other criminal law of the United States or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for the offense charged in this Indictment includes, but is not limited to, the following:

   A.   Firearms:

   (1)   Springfield Armory (HS Produkt) XD-45 pistol
         Serial Number: XD635511
         Purchaser: Nykobie Bryant Fleming

   (2)   Glock 42, .380 caliber pistol
         Serial Number: ACRD890
         Purchaser: Jasmine Lasha Smalls

   (3)   Glock 23, model Gen4 .40 caliber pistol
         Serial Number: BENC264
         Purchaser: Jedarius Tyewon Haynes Deasssusure

   (4)   Springfield, model XD45, .45 caliber handgun
         Serial Number: XD757549
         Purchaser: Jedarius Tyewon Haynes Deasssusure
         Possessor: Bernard Freeman Scott, Jr.

7

      (5)      Heckler and Koch, 9mm handgun
                  Serial Number: 224-145778
                  Possessor: Andre Moore, Jr.

      (6)      Glock, model 21, .45 caliber handgun
                  Serial Number: AFDW585
                  Purchaser: Nykobie Bryant Fleming
                  Possessor: Bernard Freeman Scott, Jr.

[redacted]

      (8)      Taurus, model Millennium PT111 G2 9mm handgun
                  Serial Number: TJZ85941
                  Possessor: Bernard Freeman Scott, Jr.

B.      <u>Ammunition</u>:

Miscellaneous rounds of assorted ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

                                              A   True   BILL

                                                         FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Whit Sowards (Fed. ID # 11844)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Tel.:  (843) 727-4381
Fax:  (843) 727-4443
Email Address: john.sowards@usdoj.gov